UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, | No. 2:13-cv-01705 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAMBRAJYA PALAGUMMI, | |
| Defendant. | |

In light of defendant's consent to the jurisdiction of the United States Magistrate Judge, ECF No. 21, and the re-assignment of this case to the undersigned, ECF No. 24, the Findings and Recommendations entered on November 18, 2013 are hereby deemed an order of the court.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a preliminary injunction, ECF No. 14, is denied without prejudice.

DATED: February 13, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent that plaintiff filed Objections to the Findings and Recommendations, ECF No. 17, plaintiff is advised that as a result of this court's order, plaintiff may elect to file a motion to reconsider. See L.R. 230(j) (requiring a party to show the "new or different facts or circumstances claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion.")

1