UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY L. JAMISON, | No. 2:13-cv-01705 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAMBRAJYA PALAGUMMI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of the Magistrate Judge. ECF. Nos. 6, 21.

Plaintiff has filed a motion which he identifies as a motion for summary judgment. ECF No. 88. Upon examination of the motion, the court finds that it is a motion for sanctions. In his motion, plaintiff alleges that unidentified correctional officers have tampered with his legal mail,[1] which included copies of medical records he received in this case. Id. at 1-2. He requests that the court grant him sanctions against defendant in the form of summary judgment in his favor. Id. at 2-3.

Plaintiff offers no evidence that defendant had any involvement in the alleged mail

---

[1] Plaintiff identifies Officer C. Lopez as the mail officer who delivered the mail at issue, but does not appear to allege that Officer Lopez was responsible for the tampering.

1

tampering and he offers no authority for sanctioning defendant for the actions of unidentified individuals who do not appear to be under defendant's control or authority.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions (ECF No. 88) is denied.

DATED: April 23, 2015

                                                            _____
                                                            ALLISON CLAIRE
                                                            UNITED STATES MAGISTRATE JUDGE